# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report required by the Ethics in
Government Act of 1978, as amended
(5 U.S.C. App. 4 , Sec. 101-112)

| 1. Person Reporting | (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|---|
| Bea, Carlos T. | | Court of Appeals, Ninth Circuit | 04/11/2003 |

| 4. Title | (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|---|
| Circuit Judge (nominee) | | X Nomination, Date 04/11/2003 ___ Initial ___ Annual ___ Final | 01/01/2002 to 03/31/2003 |

**7. Chambers or Office Address**

400 McAllister Street

San Francisco, California

94102

**8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.**

Reviewing Officer _____ Date _____

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS (Reporting individual only; see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | ☐ NONE (No reportable positions.) | |
| 1 | ▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| 2 | | |
| 3 | | |

## II. AGREEMENTS (Reporting individual only; see pp.14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | ☐ NONE (No reportable agreements.) | |
| 1 | 1/23/90 | Judges Retirement System (State of California)PERS |
| 2 | 1/23/90 | City and County of San Francisco Deferred Compensation Plan (Aetna) |
| 3 | 1/23/90 | 401(k) Employer Contribution Program, Dept Personnel Administration Savings Plus Program (Nationwide Retirement Solutions) |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | ☐ NONE (No reportable non-investment income.) | | |
| 1 | 02-3/03 | State of California/City and County of San Francisco; Judge of the Superior Court | $168,309.03 |
| 2 | 02-3/03 | ▓▓▓▓▓▓▓▓▓▓▓ anaging Partner | $ 68,935.00 |
| 3 | 2002 | State of California/ City and County of San Francisco; Judge of the Superior Court | $133,314.08 |
| 4 | 2001 | State of California/City and County of San Francisco; Judge of the Superior Court | $128,513.08 |

RECEIVED MAY 12 14 PM '03 FINANCIAL DISCLOSURE OFFICE

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-26 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☐ NONE | (No such reportable reimbursements.) | |
| 1 | EXEMPT | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☐ NONE | (No such reportable gifts.) | | |
| 1 | EXEMPT | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp. 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☐ NONE | (No reportable liabilities.) | | |
| 1 | Visa Credit Cards; First USA Bank. N.A. per license from Visa U.S.A. | Charges for living expenses, including travel and tuition charges | K |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VALUE CODE: J=$15,000 or less  K=$15,001-$50,000  L=$50,001 to $100,000  M=$100,001-$250,000  N=$250,001-$500,000
O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

|  |  | B. | | C. | | D. | | | (3) | (4) |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  | Amount | (2) Type |  | Value Method Code |  |  |  | (J-P) |  |
| | NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 | ~~████████████~~ California. $79,741 | A | Rent | L | S | EXEMPT | | | | |
| 2 | | | | | | | | | | |
| 3 | Ishares Trust Russell 1000 Value Index Fund | B | Dividend | N | T | EXEMPT | | | | |
| 4 | Adobe Systems Inc Common stock | A | Dividend | L | T | EXEMPT | | | | |
| 5 | Alltel Corp Common stock | A | Dividend | L | T | EXEMPT | | | | |
| 6 | Avon Common Stock | A | Dividend | L | T | EXEMPT | | | | |
| 7 | Carnival Common Stock | A | Dividend | L | T | EXEMPT | | | | |
| 8 | Coca Cola Common stock | A | Dividend | L | T | EXEMPT | | | | |
| 9 | Computer Associates | A | Dividend | L | T | EXEMPT | | | | |
| 10 | Fannie Mae Common stock | A | Dividend | L | T | EXEMPT | | | | |
| 11 | Franklin Resources Common Stock | A | Dividend | L | T | EXEMPT | | | | |
| 12 | Home Depot Common Stock | A | Dividend | L | T | EXEMPT | | | | |
| 13 | Intel Corp Common Stock | A | Dividend | L | T | EXEMPT | | | | |
| 14 | MBNA Corporation Common Stock | A | Dividend | L | T | EXEMPT | | | | |
| 15 | McKesson HBOC Common Stock | A | Dividend | L | T | EXEMPT | | | | |
| 16 | Merck & Co Common Stock | B | Dividend | L | T | EXEMPT | | | | |
| 17 | Pharmacia Common Stock | A | Dividend | L | T | EXEMPT | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other

## VII. Page 2 INVESTMENTS and TRUSTS— income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or | | | | | | | | | |
| 18 Target Common Stock | A | Dividend | L | T | EXEMPT | | | | |
| 19 Dodge & Cox Stock Fund | A | Dividend | N | T | EXEMPT | | | | |
| 20 Vanguard Capital California Intermediate tax free fund | A | Dividend | N | T | EXEMPT | | | | |
| 21 UBS PaineWebber Money Fund | A | Interest | J | T | EXEMPT | | | | |
| 22 Franklin Templeton Cal Tax Exempt Fund | B | Dividend | M | T | EXEMPT | | | | |
| 23 Franklin Templeton Cal Tax Free Fund | B | Dividend | M | T | EXEMPT. | | | | |
| 24 UBS PaineWebber Money Market Fund | A | Dividend | P1 | T | EXEMPT | | | | |
| 25 Bedford Ppty Inv ("bed"NYSE) | E | Dividend | N | T | EXEMPT | | | | |
| 26 Cal St Dept Wtr Res 5.9% '05 | C | Interest | L | T | EXEMPT | | | | |
| 27 Cal St G.O. Ambac 5.5% '09 | C | Interest | L | T | EXEMPT | | | | |
| 28 Cal St Veteran GO 5.75% '10 | C | Interest | L | T | EXEMPT | | | | |
| 29 Fresno Ca Jt Pwrs FNG 4% '08 | C | Interest | L | T | EXEMPT | | | | |
| 30 Lassen Ca Mun Util Rev FSA 4.5% '11 | C | Interest | L | T | EXEMPT | | | | |
| 31 Los Angeles Co Met Serv 6% '11 | C | Interest | L | T | EXEMPT | | | | |
| 32 San Diego Cnty partn rf ambac 5.25% '05 | C | Interest | L | T | EXEMPT | | | | |
| 33 San Fran Ca Int'l Airport 4% '10 | C | Interest | L | T | EXEMPT | | | | |
| 34 San Mateo Cnty Jt Pwr 3.6% '09 | C | Interest | L | T | EXEMPT | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market

## VII. Page 3 INVESTMENTS and TRUSTS— income, value, transactions   *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE   (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35   Ford Motor Credit 6.875%'06 | C | Interest | L | T | EXEMPT | | | | |
| 36   Genl Motors Corp 7.1%'06 | C | Interest | L | T | EXEMPT | | | | |
| 37   Target Corp Notes 6.35% '11 | C | Interest | L | T | EXEMPT | | | | |
| 38   US Tsy Note 3.25%'07 | B | Interest | L | T | EXEMPT | | | | |
| 39   US Tsy Note 5.0% '11 | D | Interest | M | T | EXEMPT | | | | |
| 40   US Tsy Note 5.5% '09 | D | Interest | M | T | EXEMPT | | | | |
| 41   US Tsy Note 6.125% '07 | D | Interest | M | T | EXEMPT | | | | |
| 42   Ford Motor Credit 6.875% '06 | C | Interest | K | T | EXEMPT | | | | |
| 43   Genl Motors Corp 7.1% | C | Interest | L | T | EXEMPT | | | | |
| 44   Target Corp NTS 6.35% '11 | C | Interest | L | T | EXEMPT | | | | |
| 45   US Tsy Note 5.0% '11 | C | Interest | M | T | EXEMPT | | | | |
| 46   US TSY Note 5.5% '09 | D | Interest | M | T | EXEMMPT | | | | |
| 47   ▉▉▉▉▉▉▉▉▉▉ | G | Distribution | O | S | EXEMPT | | | | |
| 48   Hummer/Winblad III Ltd Part | A | Distribution | K | W | EXEMPT | | | | |
| 49   P&F Flair Center El Monte, Ltd Part | C | Distribution | K | W | EXEMPT | | | | |
| 50 | | | | | | | | | |
| 51 | | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)   U=Book Value    V=Other    W=Estimated

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

PART 1: Position re:               , cntd ...

PART 2: Date re:      1/23, cntd .../1990

Part 7: Assessment of ███████████████ by Los Angeles County Assessor for tax year 2002-2003 was $1,783,424.44 for entire property. Filer owns 45% of partnership, which owns the land and buildings.

## SECTION HEADING. (indicate part of report.)

Information continued from Parts I through VI, inclusive.

PART 3. NON-INVESTMENT INCOME (cont'd.)

| Line | Date | Source and Type | Gross Income |
| --- | --- | --- | --- |
| 5 | 2002 | ▓▓▓▓▓▓ Managing Partner | $ 55,943.47 |
| 6 | 2001 | ▓▓▓▓▓▓ Managing Partner | $ 48,031.52 |

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature  Date **MAY - 7 2003**

Note: Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

---

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544